GREGORY R. OXFORD (S.B. #62333)
goxford@icclawfirm.com
ISAACS CLOUSE CROSE & OXFORD LLP
21515 Hawthorne Boulevard, Suite 950
Torrance, California 90503
Telephone:   (310) 316-1990
Facsimile:    (310) 316-1330

Attorneys for Defendant
Saturn Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. WEINSTEIN on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>SATURN CORPORATION and DOES 1 – 100, inclusive,<br><br>Defendants. | Case No. C 07 0348 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DATES**<br><br>Hearing Date:   May 11, 2007<br>Time:              9:00 a.m. |

WHEREAS, the Court previously granted the motion of defendant Saturn Corporation ("Saturn") to dismiss the First Amended Complaint with leave to amend;

WHEREAS, plaintiff Richard A. Weinstein has filed a Second Amended Complaint and Saturn has filed a motion to dismiss that complaint with a hearing date of May 11, 2007;

WHEREAS, the Court has set a Case Management Conference on May 4, 2007 and the parties pursuant to the Court's order setting that conference are required to "meet and confer" no later than April 13, 2007 and make initial disclosures under Rule 26 and submit a Joint Case Management Statement no later than April 27, 2007;

WHEREAS, the case is not yet at issue and plaintiff's Second Amended Complaint is subject to Saturn's motion to dismiss which, if granted, may obviate the need for the

1  parties and the Court to conduct a Case Management Conference and the need for the
2  parties to engage in the other activities required by the Court's order setting that
3  conference;
4      WHEREAS, no previous time modification has been requested or granted in this
5  case and the short modification requested by this stipulation in any event will not
6  adversely affect the ability of the Court and the parties to achieve a just, speedy and
7  inexpensive determination of this action;
8      IT IS HEREBY STIPULATED by and between plaintiff and Saturn, by and
9  through their respective undersigned counsel, that without prejudice to either party's
10 position regarding Saturn's motion to dismiss, the Court may issue its order as follows:
11     1.    The Case Management Conference currently set for May 4, 2007 is
12 continued to July 6, 2007 at 10:30 a.m.
13     2.    The April 13, 2007 and April 27, 2007 deadlines contained in the Court's
14 prior order are changed to June 15, 2007 and June 29, 2007, respectively.

15 DATED:  April 5, 2007     MICHAEL L. KELLY
                             ROBERT M. CHURELLA
16                           ROBERT K. FRIEDL
                             KIRTLAND &  PACKARD LLP
17

18                           By  /s/_____
                                  Robert K. Friedl
19                           Attorneys for Plaintiff
                             Richard A. Weinstein
20
21 DATED:  April 5, 2007     GREGORY R. OXFORD
                             ISAACS CLOUSE CROSE & OXFORD LLP
22

23                           By  /s/_____
                                  Gregory R. Oxford
24                           Attorneys for Defendant
                             Saturn Corporation

25     PURSUANT TO STIPULATION, IT IS SO ORDERED.
26
27 Dated: April _6_, 2007                    [signature]
28                                           United States District Judge