1  GREGORY R. OXFORD (S.B. #62333)
           goxford@icclawfirm.com
2  ISAACS CLOUSE CROSE & OXFORD LLP
   21515 Hawthorne Boulevard, Suite 950
3  Torrance, California 90503
   Telephone:   (310) 316-1990
4  Facsimile:   (310) 316-1330

5  Attorneys for Defendant
   Saturn Corporation

6

7

8                 UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11  RICHARD A. WEINSTEIN on behalf of       Case No. C 07 0348 MMC
    all others similarly situated
12                                          **STIPULATION AND ORDER
                  Plaintiff,                CONTINUING CASE
13                                          MANAGEMENT CONFERENCE
                  v.                        AND RELATED DATES**
14
    SATURN CORPORATION and DOES             Current CMC Date:   July 6, 2007
15  1 – 100, inclusive,                     Time:               10:30 a.m.
                                            Proposed CMC Date:  Sept. 7, 2007
16                Defendants.               Time:               10:30 a.m

17

18       WHEREAS, the Court previously continued the Case Management Conference

19  from May 4, 2007 to July 6, 2007 and altered related dates pursuant to the parties'

20  stipulation in light of the Saturn's then pending motion to dismiss plaintiff's Second

21  Amended Complaint;

22       WHEREAS, the Court subsequently granted said motion with leave to amend in

23  part and plaintiff now has filed a Third Amended Complaint;

24       WHEREAS, Saturn has filed a motion to dismiss the Third Amended Complaint

25  which is currently on the Court's calendar for hearing on July 20, 2007 and the Court's

26  ruling on the motion may obviate the need for the parties and the Court to conduct a Case

27  Management Conference and the need for the parties to engage in the other activities

28  required by the Court's order setting that conference;

1    WHEREAS, the parties believe the short modification requested by this stipulation

2   will not adversely affect the ability of the Court and the parties to achieve a just, speedy

3   and inexpensive determination of this action;

4    IT IS HEREBY STIPULATED by and between plaintiff and Saturn, by and

5   through their respective undersigned counsel, that without prejudice to either party's

6   position regarding Saturn's motion to dismiss, the Court may issue its order as follows:

7    1.    The Case Management Conference currently set for July 6, 2007 is

8   continued to September 7, 2007 at 10:30 a.m.

9    2.    The June 15, 2007 and June 29, 2007 deadlines contained in the Court's

10   prior order are changed to August 17, 2007 and August 31, 2007, respectively.

11   DATED:  June 12, 2007          MICHAEL L. KELLY
                                    ROBERT M. CHURELLA
12                                  ROBERT K. FRIEDL
                                    BEHRAM V. PAREKH
13                                  KIRTLAND & PACKARD LLP

14
                                    By  /s/ _____
15                                       Behram V. Parekh
                                    Attorneys for Plaintiff
16                                  Richard A. Weinstein

17   DATED:  June 12, 2007          GREGORY R. OXFORD
                                    ISAACS CLOUSE CROSE & OXFORD LLP
18

19                                  By  /s/ _____
                                       Gregory R. Oxford
20                                  Attorneys for Defendant
                                    Saturn Corporation
21

22    PURSUANT TO STIPULATION, IT IS SO ORDERED.

23   Dated:  June 14, 2007

24

25                                  United States District Judge

26

27

28

Stipulation and [Proposed] Order
Continuing Case Management
Conference, No. C07-00348 MMC