Dated: July 19, 2007

**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
120 MONTGOMERY STREET, SUITE 2550
SAN FRANCISCO, CALIFORNIA 94104-4303
TELEPHONE 415-281-2024
FACSIMILE 415-281-2010

Barry D. Hovis (State Bar No. 050782)
b.hovis@mpglaw.com
Catherine M. Lee (State Bar No. 197197)
c.lee@mpglaw.com

Attorneys for EAST BAY AUTO GROUP, INC.
dba SATURN OF OAKLAND

*IT IS SO ORDERED*
*[signature]*
Judge Maxine M. Chesney

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD A. WEINSTEIN on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SATURN CORPORATION, EAST BAY AUTO GROUP, INC. dba SATURN OF OAKLAND, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 07-CV-00348-MMC<br><br>[Assigned to The Honorable Maxine M. Chesney, Dept. 19]<br><br>Complaint Filed:           01/17/07<br>Third Amended Complaint Filed:   05/25/07<br><br>**STIPULATION TO CONTINUE DATE FOR DEFENDANT EAST BAY AUTO GROUP, INC. TO RESPOND TO THIRD AMENDED COMPLAINT**<br><br>Trial Date:           Not set. |

541100.1

STIPULATION TO CONTINUE DATE FOR DEFENDANT EAST BAY AUTO GROUP, INC. TO RESPOND TO THIRD AMENDED COMPLAINT

Defendant Saturn Corporation has pending a Motion to Dismiss the Third Amended Complaint ("Motion"). Defendant East Bay Auto Group, Inc. dba Saturn of Oakland ("EBAG") would, as its responsive pleading, join in the Motion.

In order to promote judicial economy, plaintiff Richard A. Weinstein on behalf of all others similarly situated and defendant EBAG, appearing by and through their respective undersigned counsel, hereby stipulate to the following:

1. EBAG shall have until fifteen (15) days after the court issues and files a ruling *denying* defendant Saturn Corporation's Motion to file and serve its Answer to the Third Amended Complaint.

2. EBAG shall have until fifteen (15) days after the court issues and files a ruling *granting* defendant Saturn Corporation's Motion to file and serve response to the Third Amended Complaint or the operative pleading after the disposition of the Motion.

The extension will not alter the date of any event or any deadline already fixed by Court order. The parties agree that this stipulation will not prejudice either party's rights with respect to this proceeding before the United States District Court for the Northern District of California.

Respectfully submitted,

DATED: July 18, 2007          KIRTLAND & PACKARD LLP

By: /s/
Behram V. Parekh
Attorneys for Plaintiff Richard A. Weinstein on behalf of all others similarly situated

DATED: July 16, 2007          MUSICK, PEELER & GARRETT LLP

By: [signature]
Catherine M. Lee
Attorneys for Defendant
EAST BAY AUTO GROUP, INC.