GREGORY R. OXFORD (S.B. #62333)
        goxford@icclawfirm.com
ISAACS CLOUSE CROSE & OXFORD LLP
21515 Hawthorne Boulevard, Suite 950
Torrance, California 90503
Telephone:   (310) 316-1990
Facsimile:   (310) 316-1330

Attorneys for Defendant
Saturn Corporation

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. WEINSTEIN on behalf of all others similarly situated<br><br>                    Plaintiff,<br><br>          v.<br><br>SATURN CORPORATION and DOES 1 – 100, inclusive,<br><br>                    Defendants. | Case No. C 07 0348 MMC<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON MOTION TO DISMISS, CASE MANAGEMENT CONFERENCE AND RELATED DATES**<br><br>Current Hearing Date   August 10, 2007<br>Proposed Hearing Date August 24, 2007<br><br>Current CMC Date:     Sept. 7, 2007<br>Time:                 10:30 a.m.<br>Proposed CMC Date:    Oct. 5, 2007<br>Time:                 10:30 a.m. |

WHEREAS, the Court previously continued the Case Management Conference to September 7, 2007 and altered related dates pursuant to the parties' stipulation in light of the Saturn's pending motion to dismiss plaintiff's Third Amended Complaint which previously was set for hearing on July 20, 2007;

WHEREAS, the Court due to its unavailability on July 20, 2007 continued the hearing to August 10, 2007 by Clerk's Notice dated July 2, 2007;

WHEREAS, Saturn's counsel has a pre-existing and immovable commitment in San Bernardino on August 10 in connection with a matter pending in the United States

1   District Court for the Central District of California and plaintiff's counsel has a similar

2   commitment on the next available motion date, August 17, 2007;

3         WHEREAS, the parties would like to maintain the date of the Case Management

4   Conference and related dates in the same relationship to the aforesaid hearing date;

5         IT IS HEREBY STIPULATED by and between plaintiff and Saturn, by and

6   through their respective undersigned counsel, that subject to the Court's availability and

7   without prejudice to either party's position regarding Saturn's motion to dismiss, the

8   Court may issue its order as follows:

9         1.    The hearing on Saturn's Motion To Dismiss currently set for August 10,

10  2007 is continued to August 24, 2007 at 9:00 a.m.  Saturn's reply memorandum remains

11  due on July 6, 2007.

12        2.    The Case Management Conference currently set for September 7, 2007 is

13  continued to October 5, 2007 at 10:30 a.m.

14        3.    The August 17, 2007 and August 31, 2007 deadlines contained in the

15  Court's prior order are changed to September 14, 2007 and September 28, 2007,

16  respectively.

17  DATED:  July 5, 2007              MICHAEL L. KELLY
                                      ROBERT M. CHURELLA
18                                    ROBERT K. FRIEDL
                                      BEHRAM V. PAREKH
19                                    KIRTLAND & PACKARD LLP

20
                                      By  /s/_____
21                                          Behram V. Parekh
                                      Attorneys for Plaintiff
22                                    Richard A. Weinstein

23  DATED:  July 5, 2007              GREGORY R. OXFORD
                                      ISAACS CLOUSE CROSE & OXFORD LLP
24

25                                    By  /s/_____
                                          Gregory R. Oxford
26                                    Attorneys for Defendant
                                      Saturn Corporation
27

28

1        PURSUANT TO STIPULATION, IT IS SO ORDERED, with the exception that

2    the Case Management Conference is continued from September 7, 2007 to October 12,

3    2007.

4    Dated:  July 24, 2007

5

6                                                          United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28