1  BEHRAM V. PAREKH (180361)
   bvp@kirtlandpackard.com
2  KIRTLAND & PACKARD LLP
   2361 Rosecrans Avenue, Fourth Floor
3  El Segundo, California 90245
   Telephone:  (310) 536-1000
4  Facsimile:   (310) 536-1001

5  *Counsel for Plaintiff*
   *Richard A. Weinstein*
6

7  GREGORY R. OXFORD (62333)
   goxford@icclawfirm.com
8  ISAACS CLOUSE CROSE & OXFORD LLP
   21515 Hawthorne Boulevard, Suite 950
9  Torrance, California 90503
   Telephone:  (310) 316-1990
10 Facsimile:   (310) 316-1330

11 *Counsel for Defendant*
   *Saturn Corporation*
12

13 WALTER J. R. TRAVER (113678)
   w.traver@mpglaw.com
14 MUSICK PEELER & GARRETT LLP
   120 Montgomery Street, Suite 2550
15 San Francisco , California 94104
   Phone: (415) 281-2000
16 Fax: (415) 281-2010

17 *Counsel for Defendant*
   *East Bay Auto Group, Inc.*

18              **UNITED STATES DISTRICT COURT**

19            **NORTHERN DISTRICT OF CALIFORNIA**

20

21 RICHARD A. WEINSTEIN on behalf      Case No. C 07 0348 MMC
   of all others similarly situated
22                                      **STIPULATION AND**
                                        **[PROPOSED] ORDER**
23              Plaintiff,              **VACATING REMAND OF EAST**
                                        **BAY AUTO GROUP**
24        v.

25 SATURN CORPORATION, EAST
   BAY AUTO GROUP, INC., dba
26 SATURN OF OAKLAND and DOES
   1 – 100, inclusive,
27
                Defendants.
28

1    WHEREAS after the Court's ruling granting Saturn's Motion to Dismiss

2   Plaintiff's Third Amended Complaint, the Court remanded the remainder of the

3   action as against East Bay Auto Group, Inc. ("East Bay") to Alameda County

4   Superior Court.

5    WHEREAS in light of the Ninth Circuit's ruling reversing, in part, the

6   Court's ruling on Saturn's Motion to Dismiss, the parties are in agreement that East

7   Bay should remain a party to this action;

8    WHEREAS at the Case Management Conference held on February 27, 2009,

9   the Court agreed to retake jurisdiction of plaintiff's claims against East Bay by way

10   of stipulation of the parties to vacate the remand order;

11    IT IS HEREBY STIPULATED by and between all parties, upon the Court's

12   signature of this document, that the portions of the Court's Order dated August 23,

13   2007,  and Judgment dated August 28, 2007 remanding plaintiff's claims against

14   East Bay are hereby vacated.

15   DATED:  March 6, 2009      BEHRAM V. PAREKH
                                KIRTLAND & PACKARD LLP
16

17                              By  /s/_____
                                     Behram V. Parekh
18                              Attorneys for Plaintiff
                                Richard A. Weinstein
19
20   DATED:  March 6, 2009      GREGORY R. OXFORD
                                ISAACS CLOUSE CROSE & OXFORD LLP
21

22                              By  /s/_____
                                     Gregory R. Oxford
23                              Attorneys for Defendant
                                Saturn Corporation
24   DATED:  March 6, 2009      WALTER J. R. TRAVER
                                MUSICK PEELER & GARRETT LLP
25

26                              By  /s/_____
                                     Walter J. R. Traver
27                              Attorneys for Defendant
                                East Bay Auto Group
28

1

2

3        I hereby attest that concurrence in the filing of the document has been

4  obtained from each of the other signatories indicated by a "conformed" signature

5  (/S/) within this efiled document.

6

7  DATED: March 6, 2009                    /s/_____
                                           Behram V. Parekh

8

9

10        PURSUANT TO STIPULATION, IT IS **SO ORDERED**.

11

12

13  DATED: _____March 9, 2009_____   _____
                                      UNITED STATES DISTRICT JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28